**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JAYMZ HERNANDEZ, by his parents and next friends | ) | |
| Crystelle Hernandez and Joshua Hernandez; CRYSTELLE | ) | |
| HERNANDEZ; and JOSHUA HERNANDEZ, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 09 C 2461 |
| | ) | Hon. Suzanne B. Conlon |
| v. | ) | Judge Presiding |
| | ) | |
| LAKESHA FOSTER, DCFS Investigator, in her | ) | |
| individual capacity, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:     See attached service list

PLEASE TAKE NOTICE that on the 27th day of July, 2009, Defendants filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, at the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604, **Answer of Andrew Polovin.**

BARBARA L. GREENSPAN                    LISA MADIGAN
Assistant Attorney General                     Illinois Attorney General
100 W. Randolph, Suite 11-200
Chicago, IL 60601                              By: _s/Barbara L. Greenspan_____
312/814-7087                                   BARBARA L. GREENSPAN
                                               Assistant Attorney General

**Service List**

**Diane L. Redleaf**
Family Defense Center
725 S. Wells St., #702
Chicago, IL 60607
(312) 356-3202

**Julie Anne Bauer**
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600

**Chaitanya Maddali**
Winston & Strawn LLP
35 West Wacker Drive
Chicago , IL 60601-9703
(312)558-5600

**Joanna C. Wade**
Winston & Strawn LLP
35 West Wacker Drive
Chicago , IL 60601-9703
(312)558-5600

**John F. Kness**
Winston & Strawn LLP
35 West Wacker Drive
Chicago , IL 60601-9703
(312) 558-8802

2