Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 2461 | **DATE** | 1/15/2010 |
| **CASE TITLE** | JAYMZ HERNANDEZ, et al. v. LAKESHA FOSTER, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' motion for summary judgment [75] is granted. Judgment is entered for defendants Lakesha Foster, Pamela Foster-Stith, and Michael Ruppe and against Jaymz Hernandez, Crystelle Hernandez, and Joshua Hernandez. ENTER MEMORANDUM OPINION AND ORDER.

*Suzanne B. Conlon*

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | air |
|---|---|---|

09 C 2461 JAYMZ HERNANDEZ, et al. v. LAKESHA FOSTER, et al.  Page 1 of 1