

# LEGALINK, INC.
## MERRILL LEGAL SOLUTIONS

311 South Wacker Drive, Suite 300  
Chicago, IL 60606  
Phone: (312) 386-2000  
Fax: (312) 386-2275

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14104144 | 09/11/2009 | 1401-172734 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 09/04/2009 | WATTNA | 1:09CV2461 |

| CASE CAPTION |
|---|
| Hernandez vs. Foster, et al. |
| TERMS |
| Immediate, sold FOB Merrill facility |

Barbara L. Greenspan  
Office of the Attorney General  
100 West Randolph  
13th Floor  
Chicago, IL 60601

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Lisa Luebke RN                    80 Pages @    2.60/Page       208.00
      EXHIBITS                       20 Pages @     .50/Page        10.00
      TotalTranscript                                               40.00
      TotalTranscript Archive                                        7.50
      TotalTranscript Exhibits       20.00 Pages @   .40/Page        8.00
      Word Index                                                    20.70
      Process/Delivery                                               7.00

                              TOTAL  DUE  >>>>                     301.20
                              AFTER 10/11/2009 PAY                 316.26

Do you have audio recordings you need transcribed? Count on Merrill for high-quality
audio recording transcription services by litigation support experts. Contact your
local Merrill office today or email audiotran@merrillcorp.com to submit your work
request or for more information.
```

TAX ID NO. : 20-2665382          (312) 814-6534

*Please detach bottom portion and return with payment.*

Barbara L. Greenspan  
Office of the Attorney General  
100 West Randolph  
13th Floor  
Chicago, IL 60601

Invoice No.: 14104144  
Date        : 09/11/2009  
**TOTAL DUE** :    301.20  
AFTER 10/11/2009 PAY : 316.26

Job No.   : 1401-172734  
Case No.  : 1:09CV2461  
Hernandez vs. Foster, et al.

Remit To:   LegaLink, Inc.  
            PO Box 90473  
            Chicago, IL 60696-0473



# LEGALINK, INC.
## MERRILL LEGAL SOLUTIONS

311 South Wacker Drive, Suite 300  
Chicago, IL 60606  
Phone: (312) 386-2000  
Fax: (312) 386-2275

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14104633 | 09/25/2009 | 1401-172779 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 09/10/2009 | MOSERU | 1:09CV2461 |

| CASE CAPTION |
|---|
| Hernandez vs. Foster, et al. |
| TERMS |
| Immediate, sold FOB Merrill facility |

Barbara L. Greenspan  
Office of the Attorney General  
100 West Randolph  
13th Floor  
Chicago, IL 60601

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
  Dr. Natalie Kostinsky
      EXHIBITS                     81 Pages @      2.60/Page       210.60
      TotalTranscript              17 Pages @       .50/Page         8.50
      TotalTranscript Archive                                       40.00
      TotalTranscript Exhibits                                       7.50
      Word Index                17.00 Pages @       .40/Page         6.80
      Process/Delivery                                              20.70
                                                                    7.00

                              TOTAL   DUE  >>>>                    301.10
                                 AFTER 10/25/2009 PAY              316.16
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality audio recording transcription services by litigation support experts. Contact your local Merrill office today or email audiotran@merrillcorp.com to submit your work request or for more information.

TAX ID NO. : 20-2665382

(312) 814-6534

*Please detach bottom portion and return with payment.*

---

Barbara L. Greenspan  
Office of the Attorney General  
100 West Randolph  
13th Floor  
Chicago, IL 60601

Invoice No.: 14104633  
Date        : 09/25/2009  
**TOTAL DUE** :     301.10  
AFTER 10/25/2009 PAY : 316.16

Job No.  : 1401-172779  
Case No. : 1:09CV2461  
Hernandez vs. Foster, et al.

Remit To:   LegaLink, Inc.  
            PO Box 90473  
            Chicago, IL 60696-0473

# LEGALINK, INC.
## MERRILL LEGAL SOLUTIONS

311 South Wacker Drive, Suite 300
Chicago, IL 60606

Phone: (312) 386-2000
Fax: (312) 386-2275

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14105745 | 10/23/2009 | 1401-173823 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 10/16/2009 | POLIDO | 09C2461 |

| CASE CAPTION |
|---|
| Hernandez, et al vs. Foster, et at |
| TERMS |
| Immediate, sold FOB Merrill facility |

Barbara L. Greenspan
Office of the Attorney General
100 West Randolph
13th Floor
Chicago, IL 60601

```
NO WRITE UP FOR THE DEPOSITION OF:
    Andrew Polovin
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
    Michael Ruppe
        EXHIBITS                  112 Pages @    2.40/Page    268.80
        TotalTranscript           210 Pages @     .50/Page    105.00
        TotalTranscript Archive                                40.00
        TotalTranscript Exhibits  210.00 Pages @  .40/Page     7.50
        Process/Delivery                                       84.00
                                                                7.00

                                  TOTAL    DUE   >>>>         512.30

                                  AFTER 11/22/2009 PAY        537.92
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality audio recording transcription services by litigation support experts. Contact your local Merrill office today or email audiotran@merrillcorp.com to submit your work request or for more information.

TAX ID NO.: 20-2665382

(312) 814-6534

*Please detach bottom portion and return with payment.*

Barbara L. Greenspan
Office of the Attorney General
100 West Randolph
13th Floor
Chicago, IL 60601

Invoice No.: 14105745
Date       : 10/23/2009
**TOTAL DUE :**    512.30
AFTER 11/22/2009 PAY : 537.92

Job No.   : 1401-173823
Case No.  : 09C2461
Hernandez, et al vs. Foster, et at

Remit To:   LegaLink, Inc.
            PO Box 90473
            Chicago, IL 60696-0473

# LEGALINK, INC. 
## MERRILL LEGAL SOLUTIONS

311 South Wacker Drive, Suite 300  
Chicago, IL 60606  
Phone: (312) 386-2000  
Fax: (312) 386-2275

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14106103 | 11/02/2009 | 1401-173824 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/20/2009 | CONNCA | 09C2461 |

| CASE CAPTION |
|---|
| Hernandez, et al vs. Foster, et at |
| **TERMS** |
| Immediate, sold FOB Merrill facility |

Barbara L. Greenspan  
Office of the Attorney General  
100 West Randolph  
13th Floor  
Chicago, IL 60601

---

1 CERTIFIED COPY OF TRANSCRIPT OF:  
  Pamela Foster-Stith            134 Pages @     3.05/Page     408.70

                                              **TOTAL DUE >>>>     408.70**

                                              AFTER 12/2/2009 PAY     429.14

Do you have audio recordings you need transcribed? Count on Merrill for high-quality audio recording transcription services by litigation support experts. Contact your local Merrill office today or email audiotran@merrillcorp.com to submit your work request or for more information.

TAX ID NO.: 20-2665382                                                                          (312) 814-6534

*Please detach bottom portion and return with payment.*

---

Barbara L. Greenspan  
Office of the Attorney General  
100 West Randolph  
13th Floor  
Chicago, IL 60601

Invoice No.:   14106103  
Date       :   11/02/2009  
**TOTAL DUE :**    **408.70**  
AFTER 12/2/2009 PAY : 429.14

Job No.     :   1401-173824  
Case No.    :   09C2461  
Hernandez, et al vs. Foster, et at

Remit To:    LegaLink, Inc.  
               PO Box 90473  
               Chicago, IL 60696-0473

# LEGALINK, INC.
## MERRILL LEGAL SOLUTIONS

311 South Wacker Drive, Suite 300  
Chicago, IL 60606

Phone: (312) 386-2000  
Fax: (312) 386-2275

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14106496 | 11/13/2009 | 1401-173825 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/26/2009 | CONNCA | 09C2461 |

| CASE CAPTION |
|---|
| Hernandez, et al vs. Foster, et at |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Barbara L. Greenspan  
Office of the Attorney General  
100 West Randolph  
13th Floor  
Chicago, IL 60601

1 CERTIFIED COPY OF TRANSCRIPT OF:  
   Lakesha Smith FOSTER  
       EXHIBITS

| | | |
|---|---|---|
| 164 Pages @ | 2.40/Page | 393.60 |
| 209 Pages @ | .50/Page | 104.50 |
| | **TOTAL DUE >>>>** | 498.10 |
| | AFTER 12/13/2009 PAY | 523.01 |

Do you have audio recordings you need transcribed? Count on Merrill for high-quality audio recording transcription services by litigation support experts. Contact your local Merrill office today or email audiotran@merrillcorp.com to submit your work request or for more information.

TAX ID NO.: 20-2665382

(312) 814-6534

*Please detach bottom portion and return with payment.*

---

Barbara L. Greenspan  
Office of the Attorney General  
100 West Randolph  
13th Floor  
Chicago, IL 60601

Invoice No.: 14106496  
Date     : 11/13/2009  
**TOTAL DUE** :    498.10  
AFTER 12/13/2009 PAY : 523.01

Job No.  : 1401-173825  
Case No. : 09C2461  
Hernandez, et al vs. Foster, et at

Remit To:   LegaLink, Inc.  
           PO Box 90473  
           Chicago, IL 60696-0473



| | |
|---|---|
| ESQUIRE | Telephone (312) 782-8087 |
| Esquire - Chicago | Toll Free (800) 708-8087 |
| 2700 Centennial Tower | Fax (866) 590-3205 |
| 101 Marietta Street | |
| Atlanta, GA 30303 | www.esquiresolutions.com |

ESQUIRE
*an Alexander Gallo Company*

## Invoice # EQ101491

| Invoice Date | Terms |
|---|---|
| 11/06/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |



BARBARA GREENSPAN, ESQ
OFFICE OF THE ATTORNEY GENERAL - CHICAGO
13TH FLOOR
100 WEST RANDOLPH STREET
CHICAGO, IL 60601

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/27/2009 | HERNANDEZ vs. FOSTER | 94731 | 11/06/2009 | E-MAIL |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 10/27/2009, CRYSTELLE HERNANDEZ | | | |
| ORIGINAL TRANSCRIPT/WORD INDEX (334 Pages) | $ 3.19 | 334.00 | $ 1,065.46 |
| APPEARANCE FEE | $ 267.80 | 1.00 | $ 267.80 |
| ROUGH DRAFT | $ 334.00 | 1.00 | $ 334.00 |
| | | | $ 1,667.26 |

We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
PO# COO-146
COURT# 09C2461

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,667.26 |
| Paid: | $ 0.00 |
| **Balance Due :** | **$ 1,667.26** |
| **Payment Due:** | **12/06/2009** |

Tax Number: 22-3779684

After 12/21/2009 Pay This Amount: $ 1,833.99

### Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ101491
Invoice Date: 11/06/2009
Balance: $ 1,667.26
Due Date: 12/06/2009
Late Date: 12/21/2009
Late Amount: $ 1,833.99

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number                                        Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

071  0000101491  11062009  9  000166726  6  12062009  12212009  5  000183399  47




**ESQUIRE** - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

an Alexander Gallo Company

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ103895

| Invoice Date | Terms |
|---|---|
| 11/16/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |



BARBARA GREENSPAN, ESQ
OFFICE OF THE ATTORNEY GENERAL - CHICAGO
13TH FLOOR
100 WEST RANDOLPH STREET
CHICAGO, IL 60601

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/28/2009 | HERNANDEZ vs. FOSTER | 94732 | 11/12/2009 | COURIER |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 10/28/2009, JOSHUA HERNANDEZ | | | |
| ORIGINAL TRANSCRIPT/WORD INDEX (234 Pages) | $ 3.01 | 234.00 | $ 704.34 |
| APPEARANCE FEE | $ 210.41 | 1.00 | $ 210.41 |
| ROUGH DRAFT | $ 234.00 | 1.00 | $ 234.00 |
| | | | $ 1,148.75 |

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*PO# COO-146*
*COURT# 09C2461*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,148.75 |
| Paid: | $ 0.00 |
| **Balance Due :** | **$ 1,148.75** |
| **Payment Due:** | **12/16/2009** |

Tax Number: 22-3779684

After 12/31/2009 Pay This Amount: $ 1,263.63

### Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ103895
Invoice Date: 11/16/2009
Balance: $ 1,148.75
Due Date: 12/16/2009
Late Date: 12/31/2009
Late Amount: $ 1,263.63

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized
_____

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐   ☐☐☐☐
Credit Card Number                              Exp. Date

☐ Check Enclosed

Please Make Check Payable to Esquire

_____
Daytime Phone Number

_____
Print Name (as it appears on your credit card)

_____
Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Remit to: Esquire   PO Box 1518,   New York NY 10008-1518

071  0000103895  11162009  2  000114875  0  12162009  12312009  9  000126363  59




ESQUIRE
Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ104718

| Invoice Date | Terms |
|---|---|
| 11/18/2009 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

BARBARA GREENSPAN ,ESQ
OFFICE OF THE ATTORNEY GENERAL - CHICAGO
13TH FLOOR
100 WEST RANDOLPH STREET
CHICAGO, IL 60601

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/02/2009 | HERNANDEZ vs. FOSTER | 96010 | 11/18/2009 | E-MAIL |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 11/02/2009, DANIEL LUBLINK | | | |
| ORIGINAL TRANSCRIPT/WORD INDEX (87 Pages) | $ 3.01 | 87.00 | $ 261.87 |
| APPEARANCE FEE HOURLY | $ 191.28 | 0.50 | $ 95.64 |
| | | | $ 357.51 |
| Services Provided on 11/02/2009, YVONNE LUBLINK | | | |
| ORIGINAL TRANSCRIPT/WORD INDEX (109 Pages) | $ 3.01 | 109.00 | $ 328.09 |
| APPEARANCE FEE | $ 191.28 | 0.50 | $ 95.64 |
| | | | $ 423.73 |
| DELIVERY - OTHER | | | $ 8.00 |
| MILEAGE | | | $ 25.00 |
| | | | $ 33.00 |

## CONTINUED ON NEXT PAGE ...

Tax Number: 22-3779684

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Method of Payment**

Company: Esquire - Chicago
Invoice Number: EQ104718
Invoice Date: 11/18/2009
Balance: $ 814.24
Due Date: 12/18/2009
Late Date: 01/02/2010
Late Amount: $ 895.66

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

Credit Card Number

Exp. Date

☐ Check Enclosed

Please Make Check Payable to Esquire

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

071  0000104718  11182009  8  000081424  7  12182009  01022010  1  000089566  52

 **ESQUIRE**

Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ104718

| Invoice Date | Terms |
|---|---|
| 11/18/2009 | NET 30 |

BARBARA GREENSPAN ,ESQ
OFFICE OF THE ATTORNEY GENERAL - CHICAGO
13TH FLOOR
100 WEST RANDOLPH STREET
CHICAGO, IL 60601

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/02/2009 | HERNANDEZ vs. FOSTER | 96010 | 11/18/2009 | E-MAIL |

| Description | | | Price | Qty | Amount |
|---|---|---|---|---|---|

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE, CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION. PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
PO# COO-146
COURT# 09C2461

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 814.24 |
| Paid: | $ 0.00 |
| **Balance Due :** | **$ 814.24** |
| **Payment Due:** | **12/18/2009** |

Tax Number: 22-3779684

After 01/02/2010 Pay This Amount: $ 895.66

### Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ104718
Invoice Date: 11/18/2009
Balance: $ 814.24
Due Date: 12/18/2009
Late Date: 01/02/2010
Late Amount: $ 895.66

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number                                              Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 1518,   New York NY 10008-1518

071 0000104718 11182009 8 000081424 7 12182009 01022010 1 000089566 52




Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

# Invoice # EQ104717

| Invoice Date | Terms |
|---|---|
| 11/18/2009 | NET 30 |

BARBARA GREENSPAN ,ESQ
OFFICE OF THE ATTORNEY GENERAL - CHICAGO
13TH FLOOR
100 WEST RANDOLPH STREET
CHICAGO, IL 60601

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/02/2009 | HERNANDEZ vs. FOSTER | 96280 | 11/18/2009 | E-MAIL |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 11/02/2009, SUSAN ELLIS | | | |
| ONE CERTIFIED TRANSCRIPT/WORD INDEX (43 Pages) | $ 2.20 | 43.00 | $ 94.60 |
| | | | $ 94.60 |

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE, CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION. PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
PO# COO-146
COURT# 09C2461

| Tax: | $ 0.00 |
|---|---|
| Amount Due: | $ 94.60 |
| Paid: | $ 0.00 |
| Balance Due : | $ 94.60 |
| Payment Due: | 12/18/2009 |

Tax Number: 22-3779684

After 01/02/2010 Pay This Amount: $ 104.06

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ104717
Invoice Date: 11/18/2009
Balance: $ 94.60
Due Date: 12/18/2009
Late Date: 01/02/2010
Late Amount: $ 104.06

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number            Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

071  0000104717  11182009  6  000009460  5  12182009  01022010  1  000010406  45



CONFIDENTIAL

## ATTENDANCE CHARGES

Depositions and Statements
2-Hour Minimum Charge            $96 with transcript order, $130 without
Each Hour after 2-Hour Minimum      $48 with transcript order, $65 without

Court, Arbitrations, Hearings & Meetings
2-Hour Minimum Charge            $136 with transcript order, $170 without
Each Hour after 2-Hour Minimum      $ 68 with transcript order, $ 85 without

## TRANSCRIPTS (per page)

| Delivery | Regular Depositions | | Medical or Technical | | Telephonic, Video/VTC, or Interpreter | | Court, Arbitrations, Hearings or Tape Transcription | | Meetings (minimum O+1 required) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Original | Copy | Original | Copy | Original | Copy | Original | Copy | O+1 | Copy |
| 10 Days | $3.55 | $2.65 | $3.90 | $2.85 | $4.05 | $2.90 | $4.70 | $3.15 | $6.75 | $3.15 |
| 9 Days | $3.60 | $2.70 | $3.95 | $2.90 | $4.15 | $2.95 | $4.80 | $3.20 | $6.80 | $3.20 |
| 8 Days | $3.75 | $2.75 | $4.05 | $2.95 | $4.25 | $3.00 | $4.90 | $3.25 | $6.90 | $3.25 |
| 7 Days | $4.35 | $2.95 | $4.80 | $3.20 | $5.10 | $3.25 | $5.70 | $3.30 | $7.65 | $3.50 |
| 6 Days | $4.45 | $3.00 | $4.85 | $3.25 | $5.15 | $3.30 | $5.75 | $3.55 | $7.70 | $3.55 |
| 5 Days | $4.60 | $3.05 | $4.90 | $3.30 | $5.30 | $3.35 | $5.85 | $3.60 | $7.85 | $3.60 |
| 4 Days | $4.75 | $3.10 | $4.90 | $3.35 | $5.45 | $3.40 | $5.95 | $3.65 | $7.95 | $3.65 |
| 3 Days | $4.90 | $3.15 | $5.15 | $3.40 | $5.70 | $3.50 | $6.10 | $3.70 | $8.05 | $3.70 |
| 2 Days | $5.35 | $3.35 | $5.85 | $3.45 | $6.30 | $3.55 | $6.75 | $3.90 | $8.55 | $3.90 |
| Next Day | $6.40 | $3.45 | $6.75 | $3.55 | $7.25 | $3.65 | $7.80 | $4.30 | $10.00 | $4.30 |
| Same Day | $7.20 | $3.75 | $7.80 | $4.15 | $8.30 | $4.20 | $8.80 | $4.60 | $11.60 | $4.60 |

## LITIGATION SUPPORT SERVICES

Interactive Realtime – Depositions and Statements (per hour, per hookup)    $85
                      Addt'l hookups for same representing parties (flat fee, per hookup)    $150
                      Court, Arbitrations, Meetings & Hearings (per hour, per hookup)    $130
                      Addt'l hookups for same representing parties (flat fee, per hookup)    $175
                      Internet Realtime Access (flat fee, per hookup)    $115
Rough ASCII (per page) – Depositions - $1.60 / Court, Arbs, Mtgs, Hearings - $1.75
Full-Text Final Disk – $25 ASCII / Condensed Transcript with Index – $30 / E-transcript – $40
ETV (ASCII + e-Trans on CD) - $39 / ETV (ASCII+ e-Trans + exhibits on CD) - $49
Exhibit Reproduction (per page) – $.45 (B/W) / $1.30 (color)

## LEGAL VIDEOGRAPHY

| 1-Hour Minimum Charge (within the Chicago Loop) | $255 |
|---|---|
| 1-Hour Minimum Charge (outside the Chicago Loop) | $330 |
| Hourly Charge After Minimum | $160 |
| Videotape Copies | $ 65 VHS, $65 CD, $70 DVD (8-10 Day Delivery) |
| Video Conversion to CD-Rom (only) | $ 75 per video hour (8-10 Day Delivery) |
| Video Conversion to DVD (only) | $ 75 per video hour (8-10 Day Delivery) |
| Video-Text Synchronization (includes conversion) | $ 87.50 per video hour (8-10 Day Delivery) |

PLEASE NOTE: Additional charges may apply for overtime, travel, delivery, expedited and administrative services not listed.
*Rates effective 11/30/09 and are subject to change without notice*

Q & A Reporting, Inc.

7115 Virginia Road, Suite 105
Crystal Lake, IL 60014

# Invoice

| Date | Invoice # |
|---|---|
| 11/16/2009 | 11-12-09 |

**Bill To**

Office of the Attorney General
State of Illinois
Ms. Barbara L. Greenspan
100 W. Randolph Street
Chicago, IL  60601

**RE:**

Hernandez v Foster
Case No. 09-CV-2461

TAX ID # 20-5121453

| Description | Amount |
|---|---|
| Deposition transcript of:  E. Julia Almeida (etrans sent 11-16-09)-original | 379.35 |
| Deposition transcript of:  Peter Carroll (etrans sent 11-16-09)-copy | 111.15 |
| Attendance for the deposition of Peter Carroll | 100.00 |

| Total | $590.50 |
|---|---|



# LEGALINK, INC.
## MERRILL LEGAL SOLUTIONS

311 South Wacker Drive, Suite 300  Phone: (312) 386-2000
Chicago, IL 60606  Fax: (312) 386-2275

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14107346 | 12/06/2009 | 1401-174679 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/16/2009 | BACHMA | 1:09CV2461 |
| **CASE CAPTION** | | |
| Hernandez vs. Foster, et al. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Barbara L. Greenspan
Office of the Attorney General
100 West Randolph
13th Floor
Chicago, IL 60601

```
1  CERTIFIED COPY OF TRANSCRIPT OF:
     John Goad                              177 Pages @      2.70/Page      477.90
            TotalTranscript Exhibits     266.00 Pages @       .40/Page      106.40
                                                                           -------
                                           TOTAL   DUE   >>>>                584.30
                                           AFTER 1/5/2010 PAY                613.52
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality
audio recording transcription services by litigation support experts. Contact your
local Merrill office today or email audiotran@merrillcorp.com to submit your work
request or for more information.

TAX ID NO.: 20-2665382                                              (312) 814-6534

*Please detach bottom portion and return with payment.*

---

Barbara L. Greenspan
Office of the Attorney General
100 West Randolph
13th Floor
Chicago, IL 60601

```
                        Invoice No.:  14107346
                        Date       :  12/06/2009
                        TOTAL DUE  :      584.30
                        AFTER 1/5/2010 PAY : 613.52


                        Job No.    :  1401-174679
                        Case No.   :  1:09CV2461
                        Hernandez vs. Foster, et al.
```

Remit To:   LegaLink, Inc.
            PO Box 90473
            Chicago, IL 60696-0473

# LEGALINK, INC.
## MERRILL LEGAL SOLUTIONS

311 South Wacker Drive, Suite 300  
Chicago, IL 60606  
Phone: (312) 386-2000  
Fax: (312) 386-2275

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14107821 | 12/18/2009 | 1401-175181 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 12/08/2009 | WALSJU | 1:09CV2461 |

### CASE CAPTION
Hernandez vs. Foster, et al.

### TERMS
Immediate, sold FOB Merrill facility

Barbara L. Greenspan  
Attorney General's Office  
100 West Randolph Street  
11th Floor  
Chicago, IL 60601

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Marcy Zirlin, M.D.            47 Pages @    2.90/Page       136.30
            EXHIBITS              16 Pages @     .50/Page         8.00
            Process/Delivery                                      7.00
                                                              --------
                                  TOTAL  DUE  >>>>               151.30
                                  AFTER 1/17/2010 PAY            158.87
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality audio recording transcription services by litigation support experts. Contact your local Merrill office today or email audiotran@merrillcorp.com to submit your work request or for more information.

TAX ID NO.: 20-2665382                              (312) 814-3000

*Please detach bottom portion and return with payment.*

---

Barbara L. Greenspan  
Attorney General's Office  
100 West Randolph Street  
11th Floor  
Chicago, IL 60601

Invoice No.: 14107821  
Date       : 12/18/2009  
**TOTAL DUE** :    151.30  
AFTER 1/17/2010 PAY : 158.87

Job No.  : 1401-175181  
Case No. : 1:09CV2461  
Hernandez vs. Foster, et al.

Remit To: LegaLink, Inc.  
PO Box 90473  
Chicago, IL 60696-0473