# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Jaymz Hernandez, et al.

                      Plaintiff,

v.                                                   Case No.: 1:09−cv−02461

                                                              Honorable Milton I. Shadur

Lakesha Foster, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 18, 2013:

      MINUTE entry before Honorable Milton I. Shadur: The parties report that settlement is complete. This case is dismissed with prejudice. Status hearing set for 1/25/2013 is stricken. Mailed and telephoned notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.